| INN - PROB 22 Rev. 05/04 | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 0755 2:05CR00185 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

MAGISTRATE JUDGE KEYS  JUDGE KENNELLY

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Asiel Elijah Poole | Northern District Of Indiana | Hammond |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Philip P. Simon | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 10/6/2006 | TO 10/5/2009 |

RECEIVED DEC 20 2007 U.S. PROBATION OFFICE CHICAGO, ILLINOIS

OFFENSE
FRAUD BY WIRE - RADIO - OR TELEVISION

MAGISTRATE JUDGE KEYS  08CR 0073

FILED
JAN 2 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ Northern District Of Indiana _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Northern District of Illinois  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

12-18-07
*Date*

*[signature]*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  NORTHERN  DISTRICT OF  ILLINOIS 

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JAN 2 4 2008
*Effective Date*

*[signature] James F. Holderman*
*United States District Judge*